# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-2743
Lower Tribunal No. 2020-SC-014249-O

_____

TANIYA JIMENEZ,

Appellant,

v.

INFINITY AUTO INSURANCE COMPANY,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the County Court for Orange County.
Brian S. Sandor, Judge.

July 30, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Chad A. Barr, of Chad Barr Law, for Appellant.

Gladys Perez Villanueva, Miami Springs, and Jarod L. Gilbert, of the Law Office of Gabriel O. Fundora and Associates, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED